# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2014

## NO. 03-13-00477-CR

**Raul Saucedo-Zavala, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order granting community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order granting community supervision. Therefore, the Court reverses the trial court's order granting community supervision and remands the case for further proceedings consistent with this Court's opinion. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.